**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TYREE A. LAWSON,

              Petitioner

          v.

COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY,
PENNSYLVANIA,

              Respondent

: No. 47 MM 2017
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the "Application for Exercise of King's Bench Powers or Extraordinary Relief from Judicial Fraud" is **DENIED**.